**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTHONY MORGAN,

                Plaintiff,

-against-                     23 **CIVIL** 697 (LAK)

                                               **JUDGMENT**

UNITED FEDERATION OF TEACHERS,
et al.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2023, the defendants' motions to dismiss the complaint are granted and the case dismissed. The dismissal is on the merits and with prejudice as to the federal claims for relief. It is without prejudice as to the state law claims and is on the ground that the Court declines to exercise jurisdiction over them; accordingly, the case is closed.

**Dated:**  New York, New York

      June 28, 2023

                                                   **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                        **BY:**      *K. Mango*

                                                        **Deputy Clerk**